No. 75–1064. KREMENS, HOSPITAL DIRECTOR, ET AL. *v.* BARTLEY ET AL. Appeal from D. C. E. D. Pa. [Probable jurisdiction noted, 424 U. S. 964.] Motion of appellees for leave to proceed further herein *in forma pauperis* granted.

No. 75–1150. CITY OF PHILADELPHIA ET AL. *v.* NEW JERSEY ET AL. Appeal from Sup. Ct. N. J. [Probable jurisdiction noted, 425 U. S. 910.] Motion of American Society of Civil Engineers for leave to file a brief as *amicus curiae* granted.

No. 75–1532. HECHINGER ET AL. *v.* MARTIN, CHAIRMAN, DISTRICT OF COLUMBIA BOARD OF ELECTIONS AND ETHICS, ET AL. Appeal from D. C. D. C. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 75–6787. MAYOLA *v.* ALABAMA. Motion for leave to file petition for writ of habeas corpus denied.

No. 75–1301. DELAWARE TRIBAL BUSINESS COMMITTEE ET AL. *v.* WEEKS ET AL.;

No. 75–1335. ABSENTEE DELAWARE TRIBE OF OKLAHOMA BUSINESS COMMITTEE ET AL. *v.* WEEKS ET AL.; and

No. 75–1495. KLEPPE, SECRETARY OF THE INTERIOR, ET AL. *v.* WEEKS ET AL. Appeals from D. C. W. D. Okla. Probable jurisdiction noted, cases consolidated, and a total of one and one-half hours allotted for oral argument. In case No. 75–1335, the parties are invited to address particularly questions 1, 4, and 9 presented by the jurisdictional statement. Reported below: 406 F. Supp. 1309.